NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JULIE ZATZ (Cal. Bar No. 155560)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-7349
        Facsimile: (213) 894-7819
        E-mail: Julie.zatz@usdoj.gov

Attorneys for Defendants
United States of America and Luis Gerardo Grandos

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICCAEL UGUCCIONI,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>UNITED STATES OF AMERICA, LUIS GERARDO GRANDOS, and DOES 1 to 20,<br><br>　　　　　Defendants. | No. CV 19-02210<br><br>NOTICE OF REMOVAL OF CIVIL ACTION<br><br>[28 U.S.C. § 2679(d)(2)] |

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFF, BY AND THROUGH HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. § 2679(d)(2), Defendants United States of America and Luis Gerardo Grandos ("Defendants"), hereby remove to this Honorable Court the State Court action described below. The grounds for this removal are as follows:

1. On November 30, 2018, Miccael Uguccioni ("Plaintiff") filed a civil action against Defendants in the Superior Court of the State of California for the County of Ventura, entitled <u>Uguccioni v. U.S.A. et al.</u>, as Case No. 56-2018-00520921-CU-PA-VTA. A copy of the Complaint and all other pleadings received to date are attached as **Exhibit 1**. The Complaint appears alleges that Plaintiff was involved in an automobile accident with the United States. Further research and conversation with counsel revealed that on February 9, 2018, Plaintiff suffered injuries and damages due to Defendant Luis Gerardo Grandos' negligence in operating a United States Postal Service ("USPS") truck that collided with Plaintiff's motorcycle at the intersection of Avenidas De las Flores and Siesta Avenue in Thousand Oaks, California.

2. This action is one which must be removed to this Court pursuant to 28 U.S.C. § 2679(d)(2) in that the Defendant Luis Gerardo Grandos was acting within the course and scope of his employment with the United States of America at all times material to the allegations contained in the Complaint. A duly executed Certification of the Chief of the Civil Division for the Central District of California, attesting to the foregoing, is attached as **Exhibit 2**. This Court has exclusive jurisdiction over civil actions for money damages for injury allegedly caused by the negligent or wrongful act or omission of an employee of the United States which occurred in the course and scope of employment. 28 U.S.C. § 1346(b). Additionally, this Court has original jurisdiction over all civil actions arising under the Constitution, laws or treaties of the United States. 28 U.S.C. § 1331.

3. Removal is timely under 28 U.S.C. § 2679(d)(2) in that the trial of Case No. 56-2018-00520921-CU-PA-VTA has not yet commenced.

4. Because this notice is being filed on behalf of the Defendants, no bond is required under the terms of 28 U.S.C. § 2408 and 2679(d)(2).

WHEREFORE, Defendants remove the action now pending in the Superior Court of the State of California for the County of Ventura, Case No. 56-2018-00520921-CU-PA-VTA, to the United States District Court for the Central District of California.

Dated: March 25, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/
JULIE ZATZ
Assistant United States Attorney

Attorneys for Defendants
United States of America and
Luis Gerardo Grandos